UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JERMAINE ALI WILSON

v.  603CR018
    605CV120

UNITED STATES OF AMERICA

## ORDER

Jermaine Ali Wilson's motions ## 22 and 23 (605CV120) are **DENIED** as successive motions, and thus subject to the same reasoning set forth in *Wilson v. U.S.*, 2007 WL 2345213 S.D.Ga. (8/15/07) (unpublished), doc. # 20.

This 21 day of October, 2007.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA