FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 JAN -5 AM 11:01

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JERMAINE ALI WILSON, | ) |
| | ) |
| Movant, | ) |
| | ) CASE NO. CV 605-120 |
| vs. | ) CR 603-018 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 4th day of January, 2011.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia