IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| JERMAINE ALI WILSON, | * | |
| Petitioner, | * | |
| v. | * | CV 605-120 |
| | * | (Formerly CR 603-018) |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

## ORDER

Defendant Jermaine Ali Wilson has filed a motion to vacate a judgment entered by this Court in 2006, denying his motion under 28 U.S.C. § 2255. Wilson cites to Federal Rule of Civil Procedure 60. A Rule 60 motion must be made within a reasonable time. A nearly ten-year delay is per se unreasonable. Accordingly, the motion (doc. 59) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of August, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA