# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

*FILED U.S. DISTRICT COURT AUGUSTA DIV. 2019 APR -1 PM 12:08 CLERK___ SO. DIST OF GA.*

United States of America
v.
Jermaine Ali Wilson

Case No: 6:03CR00018-2

USM No: 11566-021

Date of Original Judgment: January 22, 2004
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Hugh McNatt
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☒ **DENIED.**    ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   January 22, 2004   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  4/1/2019

Effective Date: _____
*(if different from order date)*

Judge's signature

J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia
*Printed name and title*