IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 603-018-2 |
| | * | |
| JERMAINE ALI WILSON | * | |

O R D E R

This case is back before the Court following remand from the Eleventh Circuit Court of Appeals, which vacated this Court's Order of April 1, 2019, denying Defendant Jermaine Ali Wilson's motion to reduce sentence under 18 U.S.C. § 3582(c)(1)(B). The Government recently filed a brief stating that it does not oppose the reduction of Wilson's sentence to time served.

Upon consideration of the Government's brief (doc. 255) and in consultation with the United States Probation Office, Defendant Wilson's motion to reduce his sentence (doc. 230) is **GRANTED**. Defendant Wilson's sentence is hereby reduced to time served. All other conditions of Wilson's judgment and commitment order remain in effect. This Order shall take effect on July 31, 2020.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of July, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA